Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| **ALEXANDER BETANCES** <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> _____ <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No <br><br> U.S. DISTRICT COURT <br> DISTRICT OF MASS. <br> 2019 AUG 21 PM 2:28 <br> FILED IN CLERKS OFFICE |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Alexander Betances |
| Street Address | 71 Narragansett Road |
| City and County | Quincy / MA 02169 |
| State and Zip Code | MA |
| Telephone Number | 857-249-2095 |
| E-mail Address | ABetancesperforming@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
    Name: Lynn Wightman
    Job or Title (if known): Labor Relations Specialist
    Street Address: 170 Morton Street
    City and County: Jamaica Plain
    State and Zip Code: MA 02130
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2
    Name: Leopold Shorter
    Job or Title (if known): Mental Health Worker
    Street Address: 135 Thousand Street
    City and County: Dorchester MA 02122
    State and Zip Code: Boston MA
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name: Leroy Blake
    Job or Title (if known): Housekeeping Supervisor
    Street Address: 170 Morton Street
    City and County: Jamaica Plain
    State and Zip Code: MA 02130
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name: AFSCME Council 93
    Job or Title (if known): Mark Bernard President
    Street Address: 8 Beacon St 9 Floor
    City and County: Boston
    State and Zip Code: MA 02108
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**(A.)** **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

~~B.~~ **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Ms Lynn Wightman, Mr Leroy Blake, Mr Leopold Shorter. All these three people built up a false record, making false accusations/lies against me so in the end I would be terminated. (See all other attached pgs)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I want (1) All my back pay salary wages, all vacation, personal, sick time, retroactive wages, all union dues for seven years, Also I want my job reinstated and my record to be cleared. (See attached page)

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff  *Alexander Betances*
Printed Name of Plaintiff  ALEXANDER BETANCES

### B. For Attorneys

Date of signing:

Signature of Attorney  *Alexander Betances*
Printed Name of Attorney  ALEXANDER BETANCES
Bar Number
Name of Law Firm
Street Address  71 NARRAGANSETT ROAD
State and Zip Code  QUINCY MA 02169
Telephone Number  857-249-2095
E-mail Address  ABETANCES performing@gmail.com

~~III Statement of Claim~~

Defendant #1: Lynn Wightman
Labor Relations Specialist
170 Morton St
Jamaica Plain, 02130

- For several years now Ms. Lynn Wightman has built a false record on me making false accusations and lies. She has used the power of her title to abuse my rights.

On January 5, 2015 Ms. Lynn Wightman placed me on administrative leave for 3 months, then upon my return to work I was suspended for (3) three days without pay when I did absolutely nothing wrong. She refused to listen to my side of the story and automatically listened and sided with Mr. Leroy Blake (Supervisor of Housekeeping) and Mr. Leopold Shorter (Mental Health Worker I).

- This abuse of her title and power continued on for the next couple of years whereby I was constantly working in a hostile work environment

To continue onto the next incident #2 involving the same three (3) defendants
1. Leopold Shorter
2. Leroy Blake
3. Lynn Wightman

Defendant #1: Lynn Wightman (Cont)

Incident #2: August 27, 2017

(See attached pages involving the incident)

After the above date of this incident Ms Lynn Wightman had Mr Joel Skolnick (Director of Department of Public Health) put me again on administrative leave for several months when I did nothing wrong once again, I am the victim.

After several months of being on administrative leave I had a meeting at the Lemuel Shattuck Hospital on June 29, 2018.

Ms. Lynn Wightman manipulated, controlled and set up the meeting whereby the investigator (Mr John Devaney) the officer of the state and the union (AFSCME Council 93) all sided together against me.

The next month I received a letter via certified mail that I was terminated from my job at the Lemuel Shattuck Hospital

~~III Statement of claim~~ (2)

Defendant #2: Mr Leopold Shorter
135 Townsend Street
Dorchester Mass 02122

For several years Mr. Shorter has made false accusations against me. The latest incident on August 27, 2017, he made criminal accusations against me stating that I called him a "fucking nigger" and that I wanted to "chop him up with a machete" that I had in my car.

Mr. Shorter called the Boston Police to make this criminal accusation. The police came to the Lemuel Shattuck Hospital on August 27, 2017 and questioned me about his accusations related with having a "machete".

I asked the police officer to check my car but he declined because even he did not believe this, and stated to me "You are all set Alexander".

The officer then left the premises.

✱ No proof of any weapon or "machete" because I didn't have and don't have any weapons of any kind as I am not a violent person whatsoever

## III Statement of Claim

I have been a citizen since 1989 and have a clean record.

Defendant #3   Mr Leroy Blake
170 Morton St,
Jamaica Plain, 02130

For several years Mr. Blake has abused me with extra work constantly giving me (2) units to clean instead of (1) unit like other workers. (1) unit is considered (8) hrs of work alone.

One time I asked him (Mr. Blake) in a pleasant way "Why do you always give me two units to do when other workers are only assigned (1) unit.

He immediately yelled to me "Go away and get the fuck out of here Dominican guy".

Mr. Leroy Blake then went immediately to Lynn Wightman + lied upon me saying that I had "Dominican people to kick his ass".

Mr Blake is the one who abused me and then twisted the story on me,

III Statement of Claim: #(4)(5)

Defendant #3 : Mr. Leroy Blake

On Sunday on August 27, 2017 Mr. Leroy Blake was the housekeeping supervisor on duty, I reported the incident to him immediately regarding "Mr. Leopold Shorter".

I tried to explain what had happened and Mr. Blake refused to listen to me and "walked away from me".

The next day I was put on administrative leave which he had a hand in once again.

Defendant #4: AFSCME Council 93
8 Beacon St (9th floor
Boston, Mass 02108

In all these incidents the (AFSCME council 93) never once supported me, because the administration of the Lemuel Shattuck Hospital and the union are all in a click together against me.

## IV Relief

I want: (1.) All my backpay salary wage since being terminated unfairly in 2018.

(2) All my vacation, personal time and sick time

(3.) Retroactive wages

(4.) All my union due wages that I paid for (7) years as I received absolutely no support or assistance whatsoever from AFSCME (Council 93) Even Mr Mark Bernard (President of the Union never helped me either after speak with him twice about this situation.

Also I want:

(1.) My job reinstated in another state hospital

(2.) My record to be completely cleared